## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                          Case No. 14-12441-WRS
                                               Chapter 13
OLIVER COPELAND
WILLIE COPELAND,

      Debtors

## <u>ORDER</u>

The Debtors filed their joint petition in bankruptcy, initiating this Chapter 13 case on December 1, 2014. (Doc. 1). This case was dismissed on January 13, 2015, as a result of the Debtors' failure to file statements and schedules. (Docs. 16, 18). The Debtor moved to vacate the dismissal on January 13, 2015. (Doc. 19). The Court heard the motion and granted the Debtors' motion orally, with a proviso that the Court would review the case for the Debtors' compliance on April 22, 2015. In the Court's January 22, 2015 Order, it erroneously stated that it would extend the automatic stay, rather than vacate the order of dismissal. (Doc. 28).

ORDERED, that the Court's Order of dismissal of January 13, 2015 is VACATED. The Court will review this case on April 22, 2015, at 10:00 a.m. at Dothan, Alabama.

Done this 23rd day of January, 2015.


                      /s/ William R. Sawyer
                      United States Bankruptcy Judge


c: Margaret Baxley, Attorney for Debtor
  Curtis C. Reding, Trustee
  All Creditors